### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID HATCHIGIAN et al.

2:21-cv-04643

v.

MATTHEWS PAOLI FORD et al.

### DEFENDANT'S, MATTHEWS PAOLI FORD, MOTION TO DISMISS PLAINTIFFS', DAVID HATCHIGIAN AND JOANN RANDAZZO, COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Matthews Paoli Ford, hereby moves before this Honorable Court to Dismiss Plaintiffs', David Hatchigian and Joann Randazzo, Complaint. Defendant relies upon the accompanying Brief. A proposed form of Order is filed herewith.

Respectfully submitted,

**LADOV LAW FIRM, P.C.**

Dated: December 21, 2021

By: _____
JOSHUA B. LADOV, ESQUIRE
LADOV LAW FIRM, P.C.
1101 MARKET STREET, SUITE 2820
PHILADELPHIA, PA 19107-2993
phone: 267-687-8855
fax: 267-627-5868
email: jladov@ladovlaw.com
*Counsel for Defendant,*
*Matthews Paoli Ford*